**Kevin HARRISON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97053.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 15, 2012.

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, Robert J. (Jeff) Bartholomew, Shaun J. MacKelprang, Jefferson City, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### *ORDER*

PER CURIAM.

Appellant Kevin Harrison appeals the judgment of the Circuit Court of the City of St. Louis, the Honorable Philip Heagney presiding. A jury convicted Harrison of first degree murder and armed criminal action. The trial court sentenced him to terms in the department of corrections of life in prison without parole and twenty-five years, respectively.

On appeal, Harrison argued that the circuit court erred in the denial of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

AFFIRMED.